1 Michael N. Zachary (SBN 112479)
2 mzachary@kenyon.com
  KENYON & KENYON LLP
3 1801 Page Mill Road
  Suite 210
4 Palo Alto, CA 94304-1216
5 Telephone: (650) 384-4700
  Facsimile: (650) 384-4701
6
7 *Attorneys for Defendant*
  *Apple Inc.*
8

9 UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA
11 SOUTHERN DIVISION
12

| | |
|---|---|
| LIMESTONE MEMORY SYSTEMS LLC, a California Limited Liability Company, | Case No. 8:15-cv-01274 DOC (KESx) |
| Plaintiff, | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PROCEEDINGS** |
| v. | |
| APPLE INC., a California Corporation, | Judge: Honorable David O. Carter |
| Defendant. | |

1    Pursuant to the parties' agreement in the July 8, 2016 Joint Status Report,
2 Plaintiff Limestone Memory Systems LLC and Defendant Apple Inc. ("Apple")
3 provide this additional joint status report to update the Court on the status of the
4 petitions for *inter partes* review of the patents-in-suit in the Related Cases.

5    On April 21, 2016, in response to Micron's petitions for *inter partes* review, the
6 Patent Trial and Appeal Board ("PTAB") instituted review on claims 1, 2, 4, 6 and 7
7 of U.S. Patent No. 6,233,181, claims 17-20 of U.S. Patent No. 6,697,296, and claims
8 1-5 of U.S. Patent No. 5,943,260.  The PTAB did not institute review on claim 3 of
9 the '181 patent or claims 13-15 of the '296 patent. On July 27, 2016, Limestone
10 disclaimed all claims under *inter partes* review.  On August 3, 2016, the PTAB, at the
11 request of Limestone, entered adverse judgments against Limestone, terminating the
12 *inter partes* review proceedings for U.S. Patent No. 5,943,260, U.S. Patent No.
13 6,233,181, and U.S. Patent No. 6,697,296. After the conclusion of these Micron *inter*
14 *partes* review proceedings, the following claims remained in the litigation: claims 13-
15 15 of the '296 patent; claim 3 of the '181 patent, claims 6-12 and 14-15 of the '441
16 patent, and claims 1-2 of the '504 patent.

17    On August 12, 2016, Apple filed petitions for *inter partes* review of claims 3
18 and 5 of U.S. Patent No. 6,233,181, and claims 6-12, 14, and 15 of U.S. Patent No.
19 5,894,441. Apple did not file petitions for *inter partes* review regarding claims 13-15
20 of the '296 patent or claims 1-2 of the '504 patent.

21    Limestone is currently reviewing Apple's petitions for *inter partes* review and
22 assessing how these petitions affect the current stay of litigation. An institution
23 decision regarding the '181 and the '441 patents, as required by statute, will issue
24 before February 25, 2017 for Apple's IPR on the '181 patent, and by March 1, 2017
25 for Apple's IPR on the '441 patent.

26    The current status of the claims is as follows:

| Patent | Claims Asserted in District Court | Claims Disclaimed after | Claims in Apple's Petitions for | Remaining Asserted Claims not |

|         | Litigation    | Institution on Micron's Petitions for *Inter Partes* Review | *Inter Partes* Review | subject to Apple's Petitions |
|---------|---------------|---------------------------------|---------------|--------------|
| 5,943,260 | 1-4         | 1-5                             |               |              |
| 6,697,296 | 13-15, 17-19 | 17-20                          |               | 13-15        |
| 5,894,441 | 6-12, 14-15 |                                 | 6-12, 14-15   |              |
| 6,233,181 | 1-4, 6      | 1-2, 4, 6-7                     | 3, 5          |              |
| 5,805,504 | 1-2         |                                 |               | 1-2          |

As a result of Limestone's disclaimer of all claims of U.S. Patent No. 5,943,260, there are no longer any patents asserted against PNY Technologies, Inc. and Transcend Information, Inc. (California). Accordingly, PNY Technologies, Inc. and Transcend Information, Inc. (California) have informed Limestone that they will request that the patent infringement claims asserted against them be dismissed with prejudice in the following cases : Limestone Memory Sys. LLC v. PNY Techs., Inc., No. 8:15-cv-00656 (C.D. Cal.), and Limestone Memory Sys. LLC v. Transcend Info., Inc. (California), No. 8:15-cv-00657 (C.D. Cal.). Limestone does not oppose these requests. The parties are meeting and conferring and will file the appropriate documents with the Court shortly.

DATED: September 2, 2016

Respectfully submitted,

By: */s/ Michael N. Zachary*
Michael N. Zachary (SBN 112479)
mzachary@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road
Suite 210
Palo Alto, CA 94304-1216
Telephone:   (650) 384-4700
Facsimile:   (650) 384-4701

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| 1 | /s/ Eric Broxterman |
| 2 | Timothy P. Maloney |
|   | Eric L. Broxterman |
| 3 | David A. Gosse |
| 4 | FITCH, EVEN, TABIN & FLANNERY LLP |
|   | 120 South LaSalle Street, Suite 1600 |
| 5 | Chicago, Illinois 60603 |
| 6 | Telephone: (312) 577-7000 |
|   | Facsimile: (312) 577-7007 |
| 7 | tim@fitcheven.com |
| 8 | ebroxterman@fitcheven.com |
|   | dgosse@fitcheven.com |
| 9 | |
| 10 | Jon A. Birmingham (CA SBN 271034) |
|    | FITCH, EVEN, TABIN & FLANNERY LLP |
| 11 | 21700 Oxnard Street, Suite 1740 |
| 12 | Woodland Hills, California 91367 |
|    | Telephone: (818) 715-7025 |
| 13 | Facsimile: (818) 715-7033 |
| 14 | jbirmi@fitcheven.com |
| 15 | Attorneys for Plaintiff |
| 16 | LIMESTONE MEMORY SYSTEMS LLC |

**STATUS REPORT REGARDING INTER PARTES REVIEW PROCEEDINGS**     3     Case No. 8:15-CV-01274 DOC (KESx)

**ATTESTATION OF SIGNATURE**

I, Michael N. Zachary, am the ECF User whose ID and password was used to electronically file this JOINT STATUS REPORT REGARDING INTER PARTES REVIEW PROCEEDINGS. I hereby attest that Counsel for Plaintiffs Limestone Memory Systems LLC (Eric L. Broxterman) concurred in this filing.

Dated: September 2, 2016  */s/ Michael N. Zachary*
Michael N. Zachary (SBN 112479)