1  Jon A. Birmingham (CA SBN 271034)
   Email: jbirmi@fitcheven.com
2  FITCH, EVEN, TABIN & FLANNERY LLP
   21700 Oxnard Street, Suite 1740
3  Los Angeles, California 91367
   Telephone:  (818) 715-7025
4  Facsimile:  (818) 715-7033

5  *Attorney for Plaintiff*
   LIMESTONE MEMORY SYSTEMS LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMESTONE MEMORY SYSTEMS LLC, a California Limited Liability Company,<br><br>         Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>         Defendant. | Case No.: 8:15-cv-01274-DOC (KESx)<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT APPLE INC.; AND PROPOSED ORDER**<br><br>Judge: Hon. David O. Carter |

# STIPULATION OF DISMISSAL OF
# DEFENDANT APPLE INC.

Plaintiff Limestone Memory Systems, LLC ("Limestone") and Defendant Apple Inc. ("Apple") hereby stipulate pursuant to Fed. R. Civ. P. 41(a) and 41(c) that:

1. Limestone hereby dismisses WITH PREJUDICE all claims that were alleged or could have been alleged by Limestone against Apple in this case based on or relating to the alleged infringement of U.S. Patent Nos. 5,805,504, 5,894,441, 6,233,181, and 6,697,296 (collectively the "Asserted Patents").

2. Apple hereby dismisses WITHOUT PREJUDICE all counterclaims which were or could have been alleged by Apple against Limestone in response to Limestone's allegations against Apple in this case based on or relating to the alleged infringement of the Asserted Patents.

3. Each party shall bear its own costs and attorneys' fees.

4. This stipulation of dismissal between the sole parties in this case is not intended as a waiver or release of any claims Limestone has against any other party in the related, coordinated cases. The related and coordinated cases are *Limestone Memory Sys. LLC v. Micron Technology, Inc.*, No. 8:15-cv-00278 (C.D. Cal.); *Limestone Memory Sys. LLC v. OCZ Storage Solutions, Inc.*, No. 8:15-cv-00658 (C.D. Cal.); *Limestone Memory Sys. LLC v. Lenovo (US) Inc.*, No. 8:15-cv-00650 (C.D. Cal.); *Limestone Memory Sys. LLC v. Kingston Tech. Co. Inc.*, No. 8:15-cv- 00654 (C.D. Cal.); *Limestone Memory Sys. LLC v. Transcend Info., Inc.* (California), No. 8:15-cv-00657 (C.D. Cal.); *Limestone Memory Sys. LLC v. Acer America Corp.*, No. 8:15-cv-00653 (C.D. Cal.); *Limestone Memory Sys. LLC v. Dell Inc.*, No. 8:15-cv-00648 (C.D. Cal.); and *Limestone Memory Sys. LLC v. Hewlett-Packard Co.*, No. 8:15-cv-00652 (C.D. Cal.).

1 | In view of this stipulation, the parties respectfully request that the Court sign and enter the concurrently submitted proposed order and dismiss this case.

Respectfully submitted,

Date:  October 24, 2017

/s/ Jon A. Birmingham
Jon A. Birmingham (CA SBN 271034)
Email: jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
21700 Oxnard Street, Suite 1740
 Los Angeles, California 91367
Telephone:  (818) 715-7025
Facsimile:  (818) 715-7033

Timothy P. Maloney (admitted *pro hac vice*)
Email: tim@fitcheven.com
Eric L. Broxterman (admitted *pro hac vice)*
Email: ebroxterman@fitcheven.com
David A. Gosse (*admitted pro hac vice*)
Email: dgosse@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 S. LaSalle St., Suite 1600
Chicago, IL 60603
Telephone:  (312) 577-7000
Facsimile:  (312) 577-7007

**ATTORNEYS FOR PLAINTIFF**

/s/ Michael N. Zachary
Michael N. Zachary (SBN: 112479)
mzachary@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone: (650) 384-4700
Facsimile: (650) 384-4701

**ATTORNEYS FOR DEFENDANT**

## ATTESTATION OF SIGNATURES

I, Jon A. Birmingham, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 24, 2017

/s/ Jon A. Birmingham
Jon A. Birmingham

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT APPLE INC.** via ECF and copies were served on all counsel of record.

Dated: October 24, 2017

/s/ Jon A. Birmingham
Jon A. Birmingham